**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

PIONEER TECHNOLOGY ENGINEERING CO, LTD,

Plaintiff,

v.

SHELDAHL, INC.,

Defendant.

Civil 00-1965 (JRT/FLN)

**ORDER OF RECUSAL**

---

The above-captioned case has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing this matter.

Accordingly, **IT IS ORDERED** that pursuant to the Court's Order for Assignment of Cases dated May 28, 1998, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the patent list of the automated case assignment system.

DATED: October 2, 2000
at Minneapolis, Minnesota

JOHN R. TUNHEIM
United States District Judge

FILED OCT 02 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

00-1965 - PIONEER TECHNOLOGY ENGINEERING
VS. SHELDAHL, INC.

THIS ACTION HAS BEEN RE-ASSIGNED TO JUDGE ANN D. MONGTOMERY AND REFERRED TO MAGISTRATE JUDGE ARTHUR J. BOYLAN. PLEASE USE THE FOLLOWING WHEN SUBMITTING DOCUMENTS TO THE COURT FOR FILING:

00-1965ADM/AJB