**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Pioneer Technology Engineering Co., Ltd.,
a Taiwan Company,

Civil No. 00-1965 ADM/AJB

Plaintiff,

v.

**PRETRIAL SCHEDULING ORDER**

Sheldahl, Inc., a Minnesota Corporation,

Defendant.

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective May 1, 2000, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Discovery Plan

1. Discovery shall proceed in two phases. In phase 1, each party shall be allowed to propound 30 interrogatories and each party shall be allowed to take 3 depositions. Phase 1 discovery shall be completed by July 1, 2001. At the close of phase 1 discovery the parties shall submit any remaining disputes to mediation, said mediation to be completed no later than August 15, 2001. If disputes remain following this mediation, discovery will proceed in accordance with the schedule set forth in this Order. Additional discovery shall be commenced in time to be completed by March 1, 2002..

2. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before December 5, 2000.

NOV 15 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

    a. By the party bearing the burden of proof as to a particular issue, on or before November 1, 2001.

    b. By responding party, on or before December 1, 2001.

4. No more than 30 interrogatories [counted in accordance with Fed. R. Civ. R. 33(a)] shall be served by any party during phase 1 of discovery as described above. No more than 30 additional interrogatories shall be served by any party during phase 2 of discovery.

5. No more than 3 depositions, excluding expert witness depositions, shall be taken by any party during phase 1 of discovery. No more than 10 depositions, excluding expert witness depositions, shall be taken by any party during phase 2 of discovery Each party shall take no more than 4 expert depositions in total.

<u>Non-Dispositive Motions</u>

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 651-848-1210.)

1. All motions which seek to amend the pleadings or add parties must be served by January 15, 2001.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by the discovery deadline date, March 1, 2002.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

<u>Dispositive Motions</u>

1. All dispositive motions shall be served and filed by the parties by May 1, 2002. (Counsel are advised that they must schedule this hearing by calling Calendar Clerk Gertie Simon, 612-664-5093.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

This case shall be ready for a **Jury** trial on July 1, 2002, or upon resolution of any pending dispositive motions. Each party may call no more than 4 expert witnesses. Anticipated length of trial is 10-12 days.

Dated: 11/15/00

Arthur J. Boylan
United States Magistrate Judge