RECEIVED

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

---

Pioneer Technology Engineering Co., Ltd.,

Plaintiff,

v.

Sheldahl, Inc.,

Defendant.

Civil File No. No.00-CV-1965 ADM/AJB

**AMENDED PRETRIAL SCHEDULING ORDER**

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective May 1, 2000, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Discovery Plan

1. Discovery shall proceed in two phases. In phase 1, each party shall be allowed to propound 30 interrogatories and each party shall be allowed to take 3 depositions. Phase 1 discovery shall be completed by July 1, 2001. At the close of phase 1 discovery the parties shall submit any remaining disputes to mediation, said mediation to be completed no later than December 15, 2001. If disputes remain following this mediation, discovery will proceed in accordance with the schedule set forth in this Order. Additional discovery shall be commenced in time to be completed by May 1, 2002.

2. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before December 5, 2000.

3. Disclosures of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report

Doc# 1443611\1

OCT 29 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

prepared and signed by the expert witness, shall be made as follows:

a. By the party bearing the burden of proof as to a particular issue, on or before February 1, 2002.

b. By responding party, on or before March 1, 2002.

4. No more than 30 interrogatories [counted in accordance with Fed. R. Civ. P. 33(a)] shall be served by any party during phase 1 of discovery as described above. No more than 30 additional interrogatories shall be served by any party during phase 2 of discovery.

5. No more than 3 depositions, excluding expert witness depositions, shall be taken by any party during phase 1 of discovery. No more than 10 depositions, excluding expert witness depositions, shall be taken by any party during phase 2 of discovery. Each party shall take no more than 4 expert depositions in total.

Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 651-848-1210.)

1. All motions which seek to amend the pleadings or add parties must be served by January 15, 2001.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by the discovery deadline date, May 1, 2002.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

Dispositive Motions

1. All dispositive motions shall be served and filed by the parties by July 1, 2002. (Counsel are advised that they must schedule this hearing by calling Calendar Clerk Gertie Simon, 612-664-5093.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

This case shall be ready for a **Jury** trial on September 1, 2002, or upon resolution of any pending dispositive motions. Each party may call no more than 4 expert witnesses. Anticipated length of trial is 10-12 days.

Dated: 10/29, 2001.

Arthur J. Boylan
United States Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

---

Pioneer Technology Engineering Co., Ltd.

Civil File No. No.00-CV-1965 ADM/AJB

Plaintiff,

v.

**STIPULATION**

Sheldahl, Inc.,

Defendant.

---

The parties, through their counsel, after consultation with Magistrate Judge Boylan, stipulate to entry of an amended Pretrial Scheduling Order in the form attached.

Dated: October 25, 2001.

WALSTEN & TE SLAA, P.A.

By ______________________
Trevor R. Walsten (MN#122695)
2000 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, MN 55431
Telephone: 952/896-3799
Fax: 952/896-3717

***Attorneys for Plaintiff Pioneer Technology Engineering Co., Ltd.***

Dated: October 26, 2001.

LINDQUIST & VENNUM P.L.L.P.

By David A. Allgeyer (MRR)
David A. Allgeyer (MN #2042X)
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2205
Telephone: (612) 371-3211
Fax: (612) 371-3207

***Attorneys for Defendant Sheldahl, Inc.***

Doc# 1443600\1