UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

---

Pioneer Technology Engineering Co., Ltd.,

Plaintiff,

v.

Sheldahl, Inc.,

Defendant.

Civil File No. No.00-CV-1965 ADM/AJB

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Pursuant to that certain Mediated Settlement Agreement between the parties dated as of December 21, 2001, and except to the extent necessary to enforce that agreement, the above-captioned action may be dismissed with prejudice without further costs to either party.

Dated: January 21, 2002

WALSTEN & TE SLAA, P.A.

By ______________________
Trevor R. Walsten, #122695
2000 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, MN 55431
Telephone: 952/896-3799
Fax: 952/896-3717

***Attorneys for Plaintiff Pioneer Technology Engineering Co., Ltd.***

Dated: January 21, 2002.

LINDQUIST & VENNUM P.L.L.P.

By ______________________
David A. Allgeyer, #2042X
Mark R. Privratsky, #275104
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2205
Telephone: (612) 371-3211
Fax: (612) 371-3207

***Attorneys for Defendant Sheldahl, Inc.***

FILED 1-24-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**ORDER**

The foregoing Stipulation of the parties is hereby approved and, pursuant to that certain Mediated Settlement Agreement between the parties, and except to the extent necessary to enforce that agreement, the Court hereby orders that the above-captioned matter is dismissed with prejudice without further costs to any party.

Dated this 24th day of January 2002.

United States District Court Judge
**Ann D. Montgomery**